FILED

2026 Aug-10  PM 02:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

**From:** Olivia Hayes <olivia.hayes@uwca.org>
**Sent:** Friday, June 12, 2026 12:02 PM
**To:** Ardent Learning Academy <ardentlearningacademy@gmail.com>; John LaBreche <john@ardentpreschool.com>
**Subject:** Notification Regarding Your EXCEL Grant Application

You don't often get email from olivia.hayes@uwca.org. Learn why this is important

Hi Cedric,

I hope you're doing well. Please find attached your official award notification letter for the Expanding Childcare and Early Learning grant. We are pleased to share that your application has been approved for funding, *specifically at the Center Point location*, in the amount of **$25,000.00— congratulations!**

As noted in the letter, acceptance of this grant requires the following:

- Signing the electronic grantee agreement, which will be sent separately via DocuSign.
- Completing 6-month progress reports for the duration of the grant period through UWCA's online reporting system. The final report will be due six months after project completion, with reports submitted every six months until that time.

**Please also note that there will be a mandatory onboarding training held virtually next Thursday at 11:00 AM. We ask that one representative from your organization attend; this individual will serve as the primary point of contact for the grant.** *In addition, there will be an optional—but highly recommended—virtual resource session where you will hear from our partners at Success by Six, Childcare Resources, Small Magic, and Lakeshore to learn more about the resources available to awardees.*

Our team will follow up soon to schedule a time to review the contract, reporting requirements, and onboarding process, and to answer any questions you may have.

If you need anything in the meantime, please feel free to reach out to me at Olivia.Hayes@uwca.org or (205) 458-2066.

Thank you for your continued work to improve lives in our community.

Warm regards,

Olivia

**Olivia Hayes | Senior Project Coordinator, PMP. MEng**
United Way of Central Alabama
3600 8th Avenue South, Birmingham, AL 35222
**P:** 205.458.2066 | **E:** olivia.hayes@uwca.org| **W:** uwca.org

3600 8th Ave South, Birmingham, AL 35232-0189

**Together, we can change lives. That's the United Way.**

www.uwca.org


**UNITED WAY**
Central Alabama

June 12, 2026

Cedric Hill
Ardent Learning Academy
3025 Wood Drive NE
Birmingham, AL 35215

Dear Cedric,

Thank you for submitting multiple applications for the Expanding Childcare and Early Learning Grant with United Way of Central Alabama. After careful review, I am pleased to inform you that one of your applications, specifically your Center Point location, has been selected for funding in the amount of **$25,000.00**. Congratulations!

In accepting this grant, your organization agrees to: 1) agree and sign the electronic grantee agreement that will be sent separately via DocuSign, and 2) complete a series of 6-month reports for the duration of the grant period via UWCA's online reporting system. The final report is due 6 months after the close of the grant period.

We will follow up with you to schedule a time to discuss the contract and reporting, and to answer any questions you might have.

If you have questions, please contact Olivia Hayes at Olivia.Hayes@uwca.org or (205) 458-2066.

Thank you for the important work that you do to improve lives.

Sincerely,

Katrina M. Watson

Sr. Vice President, Community Impact