FILED
2026 Aug-10  PM 02:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT C

# WALLACE ⨄ JORDAN

WALLACE JORDAN RATLIFF & BRANDT LLC

ATTORNEYS & COUNSELORS

R. Dale Wallace, Jr.
J. Birch Bowdre
Glenn E. Estess, Jr.
Albert L. Jordan
Oscar M. Price III
Stephen W. Shaw
William A. Ratliff
Kimberly R. West
Clark R. Hammond
Robert L. Loftin, III
Michael J. Brandt
Cecil H. Macoy, Jr.
William B. Stewart
Jay H. Clark
Larry S. Logsdon
Michael L. Jackson
Mark M. Hogewood
Charles K. Hamilton
Sean C. Pierce
Thomas A. McKnight, Jr.
Laura M. Jackman
Gary W. Lee
Wesley K. Winborn
Samuel T. Sessions
Roderick J. Evans

Ben B. Robinson
Matthew S. Hale
J. Britton Funderburk
Lauren G. Walker
Sheena M. Hamilton
Jonathan A. Griffith
Charles M. Hearn
Trey Bundrick
Caroline D. McLeroy
E. Amelia Haston
Forrest C. Hyde
James S. L. Mitchell
Katie Lee Coleman
Haleigh H. Chambliss
Lance Cook, Jr.
Caroline E. Deese

Richard T. Davis
Steven A. Benefield
John A. Martin
Counsel

June 15, 2026

Sender Direct Dial: 205.874.0329
Sender Direct Fax: 205.874.3292
bbowdre@wallacejordan.com

*Sent Via Electronic Mail and U.S. Mail (certified and regular)*

Ms. Kenyah M. Davis
936 Valley Circle
Leeds, Alabama 35094

Mr. Cedric Hill, Sr.
2751 Rosebay Lane
Helena, Alabama 35022

Ardent Learning Academy LLC
Attention: Owner
3025 Wood Drive NE,
Birmingham, AL, United States, Alabama
ardentlearningacademy@gmail.com

Re:    **USE OF "ARDENT" TRADEMARK**

Dear Ms. Davis, Mr. Hill and Owner of Ardent Learning Academy LLC:

Our firm represents Ardent Preschool and Daycare LLC ("Ardent") in connection with its intellectual property rights. Ardent owns and uses the mark, ARDENT PRESCHOOL AND DAYCARE (the "Ardent Mark"), in connection with educational, childcare, preschool, and daycare services (the "Covered Services") and has developed substantial goodwill in the Ardent Mark.

Ardent has used the Ardent Mark continuously since at least January 2019 and has invested significant resources in promoting its services under the Ardent Mark, resulting in strong consumer

June 15, 2026
Page 2

_____

recognition. Additionally, Ardent holds U.S. Trademark Registration No. 5,878,681 (copy attached) for the Ardent Mark on the Principal Register in Classes 41 and 43 for the provision of the Covered Services. This registration provides Ardent with nationwide exclusive rights to use the Ardent Mark in connection with those services and to prevent confusingly similar uses.

It has come to our attention that you are using the mark, ARDENT LEARNING ACADEMY (the "Confusingly Similar Mark"), in connection with the provision of the Covered Services. Your use of the Confusingly Similar Mark has caused confusion as to the source, sponsorship, or affiliation of the Covered Services between our businesses, is likely to do so in the future, and therefore constitutes trademark infringement and unfair competition under federal and state law.

Accordingly, Ardent must protect its trademark rights. We demand that you (i) immediately cease all use of the Confusingly Similar Mark and any mark containing "ARDENT" in connection with educational, childcare, preschool, and daycare services; and (ii) remove the Confusingly Similar Mark from all signage, websites, social media, advertising, and promotional materials.

Please provide written confirmation that you have complied with these demands and have discontinued all use of the Confusingly Similar Mark no later than July 1, 2026. If we do not receive this timely confirmation, our client will consider the pursuit of available remedies without further notice.

This letter is sent without waiver of any rights or remedies, all of which are expressly reserved.

Sincerely,

J. Birch Bowdre

cc: Mrs. Laura M. Jackman, Esq.

Trademark search                                https://tmsearch.uspto.gov/search/search-results/...

 An official website of the United States government  Here's how you know ✓

## Trademark search

Home > Search results > Details

### Please read

ℹ️ **Use our new image search feature:** Log into your USPTO.gov account and sel
or select the camera icon in the search box. Learn more on our Trademark sea

Wordmark          Ardent preschool

**Result 1 of 208** for Ardent preschool

>    >|

## Trademark

ARDENT PRESCHOOL & DAYCARE

## Wordmark
ARDENT PRESCHOOL & DAYCARE

## Serial number
88336078

## Registration number
5878681

## Filing date
2019-03-12

## Registration date
2019-10-08

## Status

Feedback

( LIVE )  ( REGISTERED )

## Status date
2025-12-23

## Registration type
PRINCIPAL

## Case status
A Sections 8 and 15 combined declaration has been accepted and acknowledged

## Publication date
2019-07-23

## Class
041, 043

## TM5 Status



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

## Goods and services

IC 041: Educational services, namely, providing pre-school classroom instruc
| **First Use in Commerce:** *January 23, 2019*
IC 043: Child care services; Providing day care centers; Preschooler and infa
**Anywhere:** *January 23, 2019* | **First Use in Commerce:** *January 23, 2019*

## Current owner

### Name
Ardent Preschool and Daycare LLC

### Address
40 Inverness Center Parkway, Suite 120

Birmingham Alabama 35242
United States

**Entity type**
LIMITED LIABILITY COMPANY

**Organized**
ALABAMA

**Ownership transitions**
No assignments

## Mark information

**Mark literal element**
ARDENT PRESCHOOL & DAYCARE

**Standard character claim**
Yes. The mark consists of standard characters without claim to any particular for

**Mark type**
SERVICE MARK

**Mark drawing code**
(4) Standard character drawing

**Description**
N/A

**Translation**
N/A

**Transliteration**
N/A

**Disclaimer**
"PRESCHOOL & DAYCARE"

**Design codes**

## Basis information

Feedback

## Filed
1(a)

## Currently
1(a)

## Attorney information

### Name
William B. Stewart

### Address
Wallace, Jordan, Ratliff & Brandt, L.L.C.
800 Shades Creek Parkway, Suite 400
Birmingham Alabama 35209
United States

### Primary email
wstewart@wallacejordan.com

### Docket number
N/A

## Correspondence information

### Name
William B. Stewart

### Address
Wallace, Jordan, Ratliff & Brandt, L.L.C.
800 Shades Creek Parkway, Suite 400
Birmingham Alabama 35209
United States

### Email
wstewart@wallacejordan.com

## Prosecution history and documents

Date 2025-12-23

Description NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED

Document

Proceeding

Date 2025-12-23

Description REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK.

Document

Proceeding

Date 2025-12-23

Description CASE ASSIGNED TO POST REGISTRATION PARALEGAL

Document

Proceeding

Date 2025-12-23

Description Notice of Acceptance Ack - Email

Document Notice of Acceptance Ack - Email

Proceeding

Date 2025-09-19

Description TEAS SECTION 8 & 15 RECEIVED

Document

Proceeding

Items per page:    5    ▼

## Proceedings

N/A

## International registration (Section 66a)

N/A

## Foreign information

N/A

## Maintenance information

**Declaration**
§8 (6 year) - Accepted

**Declaration of incontestability**
§15 - Acknowledged

**Process status**
N/A

**Office action**
N/A

**Next form to file**
§8 Declaration and §9 Application for Renewal

**Earliest renewal date**

2028-10-08

## Latest renewal date without additional fee
2029-10-09

## Latest renewal date with additional fee
2030-04-08

## Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com

About the USPTO  ·  Search for patents  ·  Search for trademarks

US Department of Commerce

Accessibility

Privacy Policy

Terms of Use

Financial and Performance Data

Freedom of Information Act

Inspector General

NoFEAR Act

USA.gov

Feedback

Follow us