FILED

2026 Aug-10  PM 02:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT D

**From:** Ardent Learning Academy
**To:** Lisa Sullivan
**Cc:** Birch Bowdre; Laura Jackman
**Subject:** Re: Ardent Trademark
**Date:** Tuesday, June 30, 2026 5:36:04 PM
**Attachments:** Outlook-A green an.png
Outlook-A close up.png

Dear Mr. Bowdre:

We are writing in response to your correspondence dated June 15, 2026, regarding the use of the name "Ardent Learning Academy LLC."

After reviewing your letter and considering the matter carefully, we have made the business decision to voluntarily adopt a new name for our childcare center. This decision is being made in an effort to resolve this matter amicably and without unnecessary expense for either party.

While we are committed to completing this transition, changing the name of an operating childcare business involves numerous legal, regulatory, and operational requirements that cannot be completed immediately. Among other things, we must:

- File and obtain approval for the legal entity name change.
- Update all state licensing and regulatory records, including Alabama DHR and any applicable childcare subsidy programs.
- Revise banking, insurance, tax, and business registrations.
- Update licensing applications, permits, and vendor accounts.
- Replace exterior and interior signage.
- Reorder marketing materials, uniforms, business forms, and printed documents.
- Update our website, email addresses, social media accounts, and online business listings.
- Notify parents, vendors, government agencies, referral agencies, and community partners of the transition.

Because these changes require coordination among multiple agencies and vendors and must be completed in a manner that does not disrupt the care of the children we serve, we respectfully request a **90-day transition period** from the date of this letter to complete the rebranding process in an orderly and legally compliant manner.

During this transition, we will begin implementing the name change in good faith and will work diligently to complete all required updates as quickly as reasonably possible. Upon completion of the transition, we will permanently discontinue use of the name "Ardent Learning Academy" and any branding incorporating the word "Ardent."

Our decision to voluntarily adopt a new name is made solely in the interest of resolving this matter efficiently and avoiding unnecessary costs for all parties. **Nothing contained in this correspondence, nor our agreement to undertake a voluntary name change, should be construed as an admission of liability, trademark infringement, unfair competition, or any other wrongdoing. We expressly reserve all rights, claims, defenses, and legal positions available to us.**

We appreciate your client's willingness to allow this matter to be resolved professionally and

trust that the requested 90-day transition period is reasonable given the scope of the required legal, regulatory, and operational changes associated with a licensed childcare business.

Please confirm in writing that your client agrees to this requested 90-day transition period so that we may proceed accordingly. Upon receiving your confirmation, we will continue moving forward with the transition and keep our efforts focused on completing the process within the requested timeframe.

Thank you for your courtesy and professionalism. We look forward to resolving this matter cooperatively and without the need for further proceedings.

Respectfully,

**Cedric Hill**
Owner

**Kenyah Davis**
Director
Ardent Learning Academy LLC

On Mon, Jun 15, 2026 at 2:25 PM Lisa Sullivan <lsullivan@wallacejordan.com> wrote:
Dear Sir or Madam:

Attached is a letter from J. Birch Bowdre from the law firm of Wallace Jordan Ratliff & Brandt, LLC regarding Use of "Ardent" Trademark.

Lisa



**Lisa M. Sullivan**
Paralegal

**Direct**: (205) 874-0314
**Email:** lsullivan@wallacejordan.com

Wallace Jordan Ratliff & Brandt, LLC
800 Shades Creek Parkway, Suite 400
Birmingham, AL 35209



CONFIDENTIALITY NOTICE: This e-mail may contain confidential and privileged information. If you received this message in error, please notify the sender and delete the email.