FILED

2026 Aug-10  PM 02:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT E

# WALLACE ⨆ JORDAN

WALLACE JORDAN RATLIFF & BRANDT LLC

ATTORNEYS & COUNSELORS

R. Dale Wallace, Jr.
J. Birch Bowdre
Glenn E. Estess, Jr.
Albert L. Jordan
Oscar M. Price III
Stephen W. Shaw
William A. Ratliff
Kimberly R. West
Clark R. Hammond
Robert L. Loftin, III
Michael J. Brandt
Cecil H. Macoy, Jr.
William B. Stewart
Jay H. Clark
Larry S. Logsdon
Michael L. Jackson
Mark M. Hogewood
Charles K. Hamilton
Sean C. Pierce
Thomas A. McKnight, Jr.
Laura M. Jackman
Gary W. Lee
Wesley K. Winborn
Samuel T. Sessions
Roderick J. Evans

Ben B. Robinson
Matthew S. Hale
J. Britton Funderburk
Lauren G. Walker
Sheena M. Hamilton
Jonathan A. Griffith
Charles M. Hearn
Trey Bundrick
Caroline D. McLeroy
E. Amelia Haston
Forrest C. Hyde
James S. L. Mitchell
Katie Lee Coleman
Haleigh H. Chambliss
Lance Cook, Jr.
Caroline E. Deese

Richard T. Davis
Steven A. Benefield
John A. Martin
Counsel

July 2, 2026

Sender Direct Dial: 205.874.0329
Sender Direct Fax: 205.874.3292
bbowdre@wallacejordan.com

Mr. Cedric Hill (Owner)
Ms. Kenyah Davis (Director)
Ardent Learning Academy
3025 Wood Drive NE
Centerpoint, Alabama 35215
Re: Ardent Trademark

Dear Mr. Hill and Ms. Davis;

Thank you for the email response you sent on June 30 and your decisions to stop using our client's registered Mark and to seek a new name for your childcare center. I assure you that Ardent Preschool and Daycare, LLC (and its related companies) and I would prefer to resolve this matter cooperatively without the need for formal legal action to protect its interest in its registered Mark. However, my client is only able to take that path with assurance that its Mark will not be used by your business and that prompt curative steps are being taken by you to clear up the confusion that has been created by your use of my client's registered Mark.

Through its operation of multiple daycare locations around the State, my client understands and appreciates the steps you will need to take to change your name. However, in balancing the necessity of time urgency and required diligence to protect its Mark against unauthorized use, and your need to change a business name, my client has agreed to offer a **30-day** transition period from the date of this communication to complete your rebranding efforts.

In addition, we will need for you to provide us by Wednesday (July 9) with the name of each grantor/lender entity and the date of any applications that have been made for loans, grants, subsidies or other funding sources utilizing the Ardent Mark. We need to be able to confirm quickly from each potential funding source that you have notified them of your immediate discontinuance of our registered Mark and have requested that they revise their file of all pending or completed applications to remove my client's Mark from the applications and other communications associated with the application. Then once they have confirmed to you in

July 2, 2026
Page 2

---

writing that their file containing your application and correspondence has been corrected to delete any reference to the registered Mark, you can simply pass that confirmation on to me. That confirmation must apply to each grantor/lender whether a grant, subsidy or loan has been given, denied or is still pending.

Later we will need confirmation that you have formally changed the name of your business with the Secretary of State, Alabama Dept of Revenue, Dept. of Human Resources, and other parties, and have taken the other name-change steps that you have itemized.

In view of my client's faith component, we are desirous that your cooperation with us will allow all required steps for change of name to be taken quickly without any negative impact to your daycare or the church whose premises you are using.

Please send a short response confirming your agreement to comply with the requirements itemized in this communication so that we can stop and hold in abeyance any additional steps toward the federal court enforcement action and instead focus on cooperative steps to resolve this dispute and put this matter behind all of us.

If you or Pastor Henderson would like to meet in person with me to discuss any of these issues, please let me know.

Sincerely,

WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C.

By

J. Birch Bowdre

JBB:aw


Cc:    Cedric D. Hill, Jr., Registered Agent
       936 Valley Circle
       Leeds, Alabama 35094

       Cedric Hill Sr.
       2751 Rosebay Lane
       Helena, Alabama 35022