FILED

2026 Aug-11 PM 04:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **ARDENT PRESCHOOL AND DAYCARE, LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ARDENT LEARNING ACADEMY, LLC; CEDRIC HILL, SR.; and KENYAH M. DAVIS,**<br><br>**Defendants.** | **Summons**<br>**(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law)**<br><br>**CASE NO.: 2:26-cv-01403-MHH** |

**Summons in a Civil Action**

To:

**Ardent Learning Academy LLC**
**c/o Registered Agent Mr. Cedric Hill, Sr.**
**3025 Wood Drive NE**
**Center Point, Alabama 35215**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence H. Bundrick, III, Wallace, Jordan, Ratliff & Brandt, L.L.C., Post Office Box 530910, Birmingham, Alabama 35253-0910.

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: August 11, 2024

GREER M. LYNCH, CLERK OF COURT

By: _____
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **ARDENT PRESCHOOL AND DAYCARE, LLC,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**ARDENT LEARNING ACADEMY, LLC; CEDRIC HILL, SR.; and KENYAH M. DAVIS,**<br><br>    **Defendants.** | **Summons**<br>**(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law)**<br><br>**CASE NO.: 2:26-cv-01403-MHH** |

**Summons in a Civil Action**

To:
**Ms. Kenyah M. Davis**
**936 Valley Circle**
**Leeds, Alabama 35094**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence H. Bundrick, III, Wallace, Jordan, Ratliff & Brandt, L.L.C., Post Office Box 530910, Birmingham, Alabama 35253-0910.

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: *August 11, 2026*

GREER M. LYNCH, CLERK OF COURT

By: *[signature]*

Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **ARDENT PRESCHOOL AND**<br>**DAYCARE, LLC,**<br><br>       **Plaintiff,**<br><br>**v.**<br><br>**ARDENT LEARNING ACADEMY, LLC;**<br>**CEDRIC HILL, SR.; and**<br>**KENYAH M. DAVIS,**<br><br>       **Defendants.** | **Summons**<br>**(Issued pursuant to Rule 4 of the Federal**<br>**Rules of Civil Procedure or other**<br>**appropriate law)**<br><br>     **CASE NO.: 2:26-cv-01403-MHH** |

**Summons in a Civil Action**

To:
**Mr. Cedric Hill, Sr.**
**2751 Rosebay Lane**
**Helena, Alabama 35022**

NOTE: A separate summons must be
prepared for each defendant.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Lawrence H. Bundrick, III, Wallace, Jordan, Ratliff & Brandt, L.L.C., Post Office Box 530910, Birmingham, Alabama 35253-0910.

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: August 11, 2026

GREER M. LYNCH, CLERK OF COURT

By: _(signature)_

Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203